Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant, CSL Plasma, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIMYADA BROCK, an individual,<br><br>Plaintiff<br><br>vs.<br><br>CSL PLASMA, INC., a foreign corporation; ERICA WILEY, an individual; DOE INDIVIDUALS I through X; ROE CORPORATIONS I through X; and DOE EMPLOYEE(S) I through X,<br><br>Defendants | Case No.:  2:24-cv-01770-CDS-MDC<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT**<br><br>[ECF Nos. 7, 12, 17] |

Pursuant to LR IA 6-2, Plaintiff Kimyada Brock ("Plaintiff") and Defendant CSL Plasma, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to (1) remand this matter back to State Court; and (2) for withdrawal of Plaintiff's request for attorneys' fees contained in her Motion for Remand (ECF No. 12).

The stipulation is entered into for the following reasons:

1. The parties have agreed to litigate and attempt to resolve this case in state court.

2. Pursuant to the parties' negotiations, Defendant CSL Plasma, Inc. withdraws its request for removal (ECF No. 1) and stipulates to remand. Plaintiff will withdraw her request for attorneys' fees contained in her Motion for Remand (ECF No. 12).  Defendant agrees that it will not seek to remove this case to the United States District Court, District of Nevada, again.

3. So that the case returns to state court with no motions pending, the parties stipulate to the dismissal without prejudice of Defendant's Motion to Dismiss (ECF No. 7).

4. The parties' agreement is limited to the issues around removal and remand. Plaintiff reserves the right to seek attorneys' fees in state court on grounds unrelated to this removal and remand. Defendant may refile its Motion to Dismiss in State Court.

DATED this 13th day of November, 2024.  DATED this 13th day of November, 2024.

CHESNOFF & SCHONFELD                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Robert Z. DeMarco*                  */s/ Kathryn C. Newman*

Robert Z. DeMarco                        Kathryn C. Newman
Nevada Bar No. 12359                     Nevada Bar No. 13733
520 South Fourth Street                  10801 W. Charleston Boulevard, Suite 500
Las Vegas, NV 89101                      Las Vegas, NV 89135
*Attorney for Plaintiff, Kimyada Brock*  *Attorneys for Defendant, CSL Plasma, Inc.*

## **ORDER**

FOR THE FOREGOING REASONS AND GOOD CAUSE APPEARING, IT IS ORDERED that, based on the parties' stipulation **[ECF No. 17]**, plaintiff's motion to remand **[ECF No. 12] is GRANTED in part and DENIED in part**, plaintiff's motion to remand is GRANTED and plaintiff's request for attorney's fees is DENIED.

The Clerk of Court is directed to REMAND this case to the Eighth Judicial District Court, Department 31, Case No. A-24-899936-C, and to close this case. Defendant CSL Plasma, Inc. agrees that it will not seek to remove this case to the United States District Court, District of Nevada, again.

Defendant's pending motion to dismiss **[ECF No. 7] is DENIED** without prejudice to its refiling in state court with necessary revisions to conform to state court rules and include applicable state law standards, so this case returns to state court with no motions pending.

The Clerk of Court is kindly instructed to print a copy of the docket sheet for this case and attach it to this stipulation and remand order mailed to the state court.

_____
UNITED STATES DISTRICT JUDGE

November 14, 2024
DATED

3

86580216.v2-OGLETREE